WESTLEY RETZLER
LAURA LEA WARDEN

REC'D OCT 27 2023

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

MICHAEL CRABLOSKI
THERESA JONES
TIMOTHY JONES
CHERYL EUSTACE
DENNIS EUSTACE
BRANDON GILLO

**COMPLAINT**

Jury Trial: ☒ Yes  ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
- Name: WESTLEY RETZLER
- Street Address: 504 WESTERN AVENUE
- County, City: BUCKS COUNTY, WEST BRISTOL
- State & Zip Code: PENNSYLVANIA 19007
- Telephone Number: 215 954 8457

Rev. 10/2009

LAURA LEA WARDEN
504 WESTERN AVENUE
BUCKS COUNTY WEST BRISTOL
PENNSYLVANIA 19007
267 463 8055

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: MICHAEL GRABLOSKI
Street Address: 2500 OXFORD VALLEY ROAD
County, City: BUCKS COUNTY BRISTOL
State & Zip Code: PENNSYLVANIA 19007

Defendant No. 2
Name: THERESA JONES
Street Address: 403 LEEDOM AVENUE
County, City: BUCKS COUNTY WEST BRISTOL
State & Zip Code: PENNSYLVANIA 19007

Defendant No. 3
Name: TIMOTHY JONES
Street Address: 403 LEEDOM AVENUE
County, City: BUCKS COUNTY WEST BRISTOL
State & Zip Code: PENNSYLVANIA 19007

Defendant No. 4
Name: CHERYL EUSTACE
Street Address: 513 WESTERN AVENUE
County, City: BUCKS COUNTY WEST BRISTOL
State & Zip Code: PENNSYLVANIA 19007

II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   ☐ Federal Questions    ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? PLAINTIFF ACCUSED OF CRIMINAL ACT FALSELY - DEFENDANT(S) CAUSED PLAINTIFF(S) TRAUMA, FEAR AND PHYSICAL HARM BY DEFENDANT(S) CRIMINAL ACTS

ADDITIONAL DEFENDANT LIST
GRABLOSH, JONES
OCTOBER 2023

DEFENDANT 5         DENNIS EUSTACE
                    513 WESTERN AVENUE
                    BUCKS COUNTY WEST BRISTOL
                    PENNSYLVANIA 19007

DEFENDANT 6         BRANDON TILLO
                    408 WESTERN AVENUE
                    BUCKS COUNTY WEST BRISTOL
                    PENNSYLVANIA 19007

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 408 WESTERN AVENUE ON THE PUBLIC STREET IN THE AREA OF ADRESS

B. What date and approximate time did the events giving rise to your claim(s) occur?
① MARCH 2019 AT 1519 PM AND
② SEPTEMBER 2002 AT 1920 PM

C. Facts: [What happened to you?] ① DEFENDANT (PLAINTIFF) WAS ACCUSED OF CRIMINAL MISCHIEF FALSELY TO ^DEFENDANT PROPERTY FINANCIAL LOSS
② PLAINTIFF(S) WERE PHYSICALLY ATTACKED HARMED WHILE WALKING PUBLIC STREET (CHOKED & BEATEN) DUE TO THE ACTIONS OF SEVERAL DEFENDANT(S) IN A CONSPIRACY TO DRIVE THE PLAINTIFF(S) FROM THEIR PLACE OF RESIDENTS (THIS SURFACED IN A TRIAL OCTOBER 2021)

[Who did what?] DEFENDANT(S) JONES CONTACTED DEFENDANT EUSTACE WHOM CONTACTED HER STEP FATHER AND STEP BROTHER TO APPROACH AND ATTACK PLAINTIFF(S) IN THE STREET AND INFLICT PHYSICAL HARM, FEAR AND TRAUMA ON THE PLAINTIFF(S) OF WHICH POLICE IGNORED

[Was anyone else involved?] YES (BRISTOL TOWNSHIP POLICE DEPARTMENT) WHOM DID ABSOLUTELY NOTHING BUT LAUGH ABOUT THE ASSAULT

[Who else saw what happened?] JOSEPH TILLO, BRANDON TILLO, DANIEL NESSIER, CARY LITZ GLENN SNYDER, SHIRLEY LOLLIS, WAYNE DUKE

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. IN THE INCIDENT OF SEPTEMBER 2002 PLAINTIFF(S) BOTH WERE PUNCHED AROUND AND CHOKED AND BOTH WENT TO THE HOSPITAL AND WERE RELEASED WITH ONLY BRUSING HOWEVER ENOUGH PHYSICAL CONTACT TO WARRANT CRIMINAL CHARGES OF WHICH BRISTOL TOWNSHIP POLICE REFUSED TO ACKNOWLEDGE

V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. WESTLEY RETZLOR AND LAURA WARDEN WOULD APPRECIATE COMPENSATION IN DAMAGES FOR THE INCIDENTS IN AMOUNTS
- THERESA JONES 150,000 FOR FALSE ACCUSATIONS AND CAUSING THE PHYSICAL ATTACK AND HARM TO PLAINTIFF(S)
- TIMOTHY JONES 150,000 FOR FALSE ACCUSATIONS AND THE CAUSING OF PHYSICAL ATTACK AND HARM TO THE PLAINTIFF(S)
- MICHAEL GRABIOSKI - 75,000 - FALSE ACCUSATIONS AND TRAUMA
- CHARYL EUSTACE - 200,000 - CAUSE OF PHYSICAL ATTACK ON PLAINTIFF(S) WHICH CAUSE FEAR AND HARM TO THE SAME
- DENNIS EUSTACE - 150,000 - PART IN CAUSE PHYSICAL ATTACK OF WHICH CAUSED FEAR, TRAUMA, TERROR TO PLAINTIFF(S)
- BRANDON TILLO - 50,000 - WITNESS THE PHYSICAL ATTACK AND DID ABSOLUTELY NOTHING TO PREVENT OR CEASE SAME

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26 day of OCTOBER, 20 23.

Signature of Plaintiff _____
Mailing Address   504 WESTERN AVENUE
                  WEST BRISTOL
                  PENNSYLVANIA 19007
Telephone Number   215 954 8457
Fax Number (if you have one) _____
E-mail Address   (NONE)

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _Laura Warden_
Inmate Number _____

Case 2:23-cv-04219-JP   Document 2   Filed 10/27/23   Page 7 of 11

# CONTACT INFORMATION SHEET

Civil Action No.: _____

Name: __WESTLEY RETZLER__
(Please print)

Address: __504 WESTERN AVENUE__
__WEST BRISTOL PENNSYLVANIA__

Phone #: __215 954 8457__
(Include area code)

E-mail address: __(NONE)__

# CONTACT INFORMATION SHEET

**Civil Action No.:** _____

**Name:** _____LAURA WARDEN_____
(Please print)

**Address:** _____509 WESTON AVENUE_____

_____WEST BRISTOL PENNSYLVANIA_____

**Phone #:** _____267 463 8055_____
(Include area code)

**E-mail address:** _____

THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT

WESTLEY RETZLER (ET ALT)         CIVIL ACTION
        VS
MICHAEL GRABLOSKI (ET ALT)        PAGE 1 OF

## COMPLAINT

THE PLAINTIFF(S) WESTLEY RETZLER & LAURA WARDEN OF 504 WESTERN AVENUE WEST BRISTOL PENNSYLVANIA HAVING BEEN MENTALLY AND PHYSICALLY ABUSED FOR A PERIOD OF TWENTY SEVEN (27) YEARS BY OUR IMMEDIATE NEIGHBORS, WHICH INCLUDE THE DEFENDANTS HAVE SURVIVED BUT SHOULD BE COMPENSATED FOR THE ABUSE

WE HAVE ENDURE OUR REPUTATIONS AND OUR PHYSICAL SELVES BEING ABUSED FOR TWENTY SEVEN YEARS AND SOMETHING OTHER THAN OUR DYEING NEED BE DONE

DEFENDANTS GRABLOSKI, TIMOTHY JONES, THERESA JONES AND CHERYL EUSTACE CONCTED A STORY A DEVIOUS PLAN ON TWO OCCATIONS A) TO INFLICT PHYSICAL PAIN AND EMOTIONAL STRESS AND FINANCIAL DISTRES TO PLANTIFF(S) THEN (B) TO CAUSE PLANTIFF RETZLER EMOTIONAL STRESS FINANCIAL DIFFICULTY AND A CRIMINAL HISTORY ALL DUE TO DEECNDANT CHERY EUSTACE HAVING A VANDETTA TOWARD PLAINTIFF(S) WESTLEY RETZLER AND LAURA WARDEN FOR THE PURCHASE OF THEIR PROPERTY 504 WESTERN AVENUE WEST BRISTOL, PENNSYLVANIA IN JUNE 1997 (27 YEARS)

YES RETZLER AND WARDEN HAVE A INJUNCTION AGAINST CHERYL AND DENNIS EUSTACE OF 513 WESTERN AVENUE SINCE MAY 2005 THE BASIS OF THAT INJUNCTION IS THAT CHERYL EUSTACE INSIST THAT 504 WESTERN IS SUPPOSE TO BE HER PROPERTY

VOWELING PUBLICALY THAT CHERYL "WILL DO ANYTHING AND EVERYTHING SHE HAS TO DO TO GET YOU SCANKY DIRTY MOTHER F__ERS OUT OF MY HOUSE!" IN 2002

PLANTIFF(N) NEED TO BE COMPENSATED FOR THEIR ABUSE, DISTRESS, INJURY AND LOSSES DUE TO THE ACTIONS OF THE DEFENDANTS

HOPE YOU SEE YOUR WAY CLEAR TO MAKE PLANTIFF(S) WHOLE

SINCERELY PLANTIFF(S)

*WyCetzler  Laura Warden*

THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT

WESTLEY RETZLER (ET AL)          CIVIL ACTION
vs
MICHAEL GRABLOSKI (ET AL)        PAGE 1 OF

STATEMENT OF CLAIM

I. PLAINTIFF(S) WESTLEY RETZLER & LAURA WARDEN RESIDENTS OF 504 WESTERN AVENUE BRISTOL, PENNA HAVE BEEN BEING ASSUALTED, ACCUSED AND BULLIED BY THEIR NEIGHBORS FROM NOVEMBER OF 1999 TO THE PRESENT DATE OCTOBER 2023 AND HAVE SUFFER EMOTIONAL AND PHYSICAL ABUSE BY NEIGHBORS WITH NO RELIEF BY NEITHER THE COURTS JUDGES OR POLICE LOCAL OR STATE. WE BOTH PLAINTIFF(S) ARE AND HAVE BEEN PRISIONERS AND VICTIMS IN OUR OWN HOME AS WHAT IS DEEM OUR CASTLE OR SAFE PLACE WE ARE BOTH ELDERLY SENIOR CITIZENS BUT ABUSED

B. PLAINTIFF WESTLEY RETZLER WAS FALSELY ACCUSED AND CRIMINALLY CHARGED BY THE BRISTOL TOWNSHIP POLICE AND BUCKS COUNTY DISTRICT ATTORNEY FOR A INCIDENT OF WHICH HE WAS FOUND NOT GUILTY AFTER 10 MONTHS PLUS DEFENDANT(S) 1- GRABLOSKI, 2 & 3 JUNES WERE DIRECTLY RESPOSIBLE FOR THIS ACTION WHICH WAS THE RESULT OF A ACTION OF MENTAL ANGUISH

C. DURING THE TRIAL OF THE CRIMINAL CHARGE DEFENDANTS 2 AND 3 JUNES BROUGHT FORTH THAT PLAINTIFF(S) WERE PHYSICALLY ATTACKED AND INJURE DUE TO THEIR AND THEIR FRIENDS ACTIONS OF ABUSE TOWARD PLAINTIFE(S) IN SEPTEMBER 2007 AS A DIRECT RESULT OF THEM CONTACTING DEFENDANTS 4 & 5 EUSTACES TO HAVE CHERYL EUSTATE ARRANGE THE PHYSICAL ATTACK OF THE PLAINTIFF(S) AS DEFENDANT 6 -TILLU AND HIS FATHER WATCHED AND OFFERED NO ASSISTANCE

PLAINTIFF(S)
[signatures] Laura Warden

# DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 504 WESTERN AVENUE WEST BRISTOL PENNSYLVANIA

Address of Defendant: 403 LEEDOM AVENUE BRISTOL PENNSYLVANIA

Place of Accident, Incident or Transaction: 408 WESTERN AVENUE BRISTOL PENNSYLVANIA

---

**RELATED CASE, IF ANY:**

Case Number: NONE    Judge: NOT APPLY    Date Terminated: NOT APPLY

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes [ ]   No [X]

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes [ ]   No [X]

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?    Yes [ ]   No [X]

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes [ ]   No [X]

I certify that, to my knowledge, the within case [ ] is / [X] is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 26 OCTOBER 2023    *(signature)*    Attorney-at-Law / Pro Se Plaintiff    Attorney I.D. # (if applicable)

---

**CIVIL:** (Place a √ in one category only)

**A. Federal Question Cases:**
1. [ ] Indemnity Contract, Marine Contract, and All Other Contracts
2. [ ] FELA
3. [ ] Jones Act-Personal Injury
4. [ ] Antitrust
5. [ ] Patent
6. [ ] Labor-Management Relations
7. [X] Civil Rights
8. [ ] Habeas Corpus
9. [ ] Securities Act(s) Cases
10. [ ] Social Security Review Cases
11. [ ] All other Federal Question Cases *(Please specify)*:

**B. Diversity Jurisdiction Cases:**
1. [ ] Insurance Contract and Other Contracts
2. [ ] Airplane Personal Injury
3. [ ] Assault, Defamation
4. [ ] Marine Personal Injury
5. [ ] Motor Vehicle Personal Injury
6. [ ] Other Personal Injury *(Please specify)*:
7. [ ] Products Liability
8. [ ] Products Liability – Asbestos
9. [ ] All other Diversity Cases *(Please specify)*:

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, WESTLEY RETZLER, counsel of record or pro se plaintiff, do hereby certify:

[X] Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

[ ] Relief other than monetary damages is sought.

DATE: 26 OCTOBER 2023    *(signature)*    Attorney-at-Law / Pro Se Plaintiff    Attorney I.D. # (if applicable)

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.